**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00950-CV

### IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

We **GRANT** the motion of Kim Allen, Official Court Reporter for the 301st Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **NOVEMBER 14, 2014**.

Although the Court received a brief from appellant on October 13, 2014, it has not been filed. Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

/s/ ELIZABETH LANG-MIERS
JUSTICE